OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
JENNY HONG-GONZALEZ, CA Bar No. 297039
INTELLECTUAL PROPERTY LAW GROUP LLP
1871 The Alameda, Suite 250
San Jose, California 95126
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Plaintiff*

CHRISTIAN W. LIEDTKE, CA Bar No. 297523
acuminis pc
3420 Bristol Street 6th Floor
Costa Mesa, CA 92626
Phone: (949) 698-7840
cw.liedtke@acuminis.biz

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINH-SANH TRADING CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SFTC, INC., a California corporation,<br><br>Defendant. | Case No.: 3:19-CV-04315-CRB<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING TRIAL DATE AND SCHEDULE** : MODIFIED ORDER<br><br>**[Local Rules 6-1, 6-2]**<br><br>Hon. Charles R. Breyer |

Plaintiff VINH-SANH TRADING CORPORATION and Defendant SFTC, INC., by and through their respective counsel of record, hereby submit the following stipulation and proposed order pursuant to Local Rules 6-1, 6-2, and 7-12:

WHEREAS, the country and the Bay Area continue to be the midst of a public health emergency related to the highly contagious coronavirus designated as COVID-19;

WHEREAS, the Bay Area including Santa Clara County has issued a shelter in place order requiring the closure of offices to help stem the spread of the virus, and virus cases continue to rise to near record levels in California;

WHEREAS, the COVID-19 crisis and shelter in place order greatly impact the ability of the parties to conduct the remaining procedures of the case, including without limitation fact and expert discovery, in-person depositions, and in-person trial;

1   WHEREAS, according to General Order 72-5 enacted by the Court on July 23, 2020, through
2   at least October 1, 2020, civil matters are to be decided on the papers only without in-person
3   appearances, and no new jury trials are to be conducted;

4   WHEREAS, the matter is set for jury trial on October 19, 2020, which appears highly
5   unlikely given the continuing virus outbreak;

6   WHEREAS, the parties' strong preference is to conduct the depositions and trial in person
7   and wish to have greater certainty in planning for trial;

8   WHEREAS, the parties twice previously stipulated (Dkt. Nos. 56 and 65) to continue the trial
9   date and related pre-trial dates as they required additional time to conduct relevant discovery, resolve
10  outstanding discovery issues, and prepare the case for trial, and due to the COVID-19 outbreak,
11  which the Court granted,

12  NOW, THEREFORE, the Parties hereby stipulate and agree to, and jointly request the Court
13  to approve, the following revised schedule:

14  The trial date shall be continued until April 19, 2021.

15  The pre-trial conference shall be continued until April 8, 2021.

16  Responses to all written discovery requests shall be due in accordance with the Federal Rules
17  of Civil Procedure.

18  Depositions of the parties' fact witnesses shall be concluded no later than January 29, 2021.

19  Fact discovery cut off including deadline to produce all documents shall be January 29, 2021.

20  Forward expert reports shall be due by February 1, 2021 and are to be exchanged
21  electronically.

22  Depositions of forward experts shall be concluded no later than February 12, 2021.

23  Rebuttal expert reports shall be due on March 5, 2021 and are to be exchanged electronically.

24  Depositions of rebuttal experts shall be concluded no later than March 12, 2021.

25  Witness Lists to be served and lodged on March 19, 2021.

26  Exhibit Lists to be served and lodged on March 19, 2021.

27  Motions in Limine to be filed no later than ~~March 19, 2021.~~  March 4, 2021

28  Joint Proposed Pretrial Order to be filed by March 19, 2021.

INTELLECTUAL PROPERTY LAW GROUP LLP
1871 The Alameda, Suite 250
San Jose, California 95126

1   Oppositions to Motions in Limine to be filed by ~~March 26, 2021~~.  March 11, 2021

2   Proposed Juror Questionnaire and Voir Dire Questions to be filed on March 26, 2021.

3   Proposed Jury Instructions to be filed by April 2, 2021.

4   Proposed Special Verdict Form to be filed by April 2, 2021.

5   No trial briefs are to be filed.

6   Replies on Motions in Limine to be filed by ~~April 2, 2021~~.  March 25, 2021

**IT IS SO STIPULATED.**

Dated: July 24, 2020                                By:  */s/ Kevin Viau*
                                                          Otto O. Lee, Esq.
                                                          Kevin Viau, Esq.
                                                          INTELLECTUAL PROPERTY LAW GROUP LLP
                                                          1871 The Alameda, Suite 250
                                                          San Jose, California 95126
                                                          Telephone: (408) 286-8933
                                                          Facsimile: (408) 286-8932
                                                          *Attorneys for Plaintiff*

Dated: July 24, 2020                                By:  */s/ Christian W. Liedtke*
                                                          Christian W. Liedtke, Esq.
                                                          acuminis pc
                                                          3420 Bristol Street 6th Floor
                                                          Costa Mesa, CA 92626
                                                          Phone: (949) 698-7840
                                                          cw.liedtke@acuminis.biz
                                                          *Attorney for Defendant*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from counsel for SFTC, INC., DBA SUN FAT TRADING CORPORATION.

Dated: July 24, 2020              By: */s/ Kevin Viau*
                                                  Kevin Viau
                                                INTELLECTUAL PROPERTY LAW GROUP LLP
                                                1871 The Alameda, Suite 250
                                                San Jose, California 95126
                                                Telephone: (408) 286-8933
                                                Facsimile: (408) 286-8932
                                                *Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 28, 2020          By: _____
                                  The Honorable Charles R. Breyer
                                  United States District Court Judge